DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ASHLEY MARIE SKILTON,**
Appellant,

v.

**DAVID MORDEKHAY,**
Appellee.

No. 4D2025-3747

[March 4, 2026]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kevin P Tynan, Judge; L.T. Case No. 062025DR015791AXDVCE.

Josef Timlichman of Josef Timlichman Law, PLLC, Hollywood, for appellant.

Douglas Isenberg and Erica Whittler of Isenberg Family Law Group, North Miami, for appellee.

PER CURIAM.

*Affirmed. See, inter alia, Caldwell v. Wal-Mart Stores, Inc.*, 980 So. 2d 1226, 1229 (Fla. 1st DCA 2008) ("An untimely appeal cannot be revived by obtaining a new order to the same effect as the original and then filing the notice of appeal within thirty days of the more recent order."); *A.L. v. Dep't of Children & Families*, 958 So. 2d 606, 607 (Fla. 4th DCA 2007) ("In the absence of an adequate transcript on appeal, a judgment that is not fundamentally erroneous must be affirmed.") (cleaned up) (quotation omitted); *Riddle v. Riddle*, 214 So. 3d 694, 696 (Fla. 4th DCA 2017) ("Temporary relief orders in family law cases are among the areas where trial judges have the very broadest discretion, which appellate courts are very reluctant to interfere with except under the most compelling of circumstances.") (citations and quotations omitted).

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*     \*     \*

*Not final until disposition of timely-filed motion for rehearing.*